UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN R. FOUTS,

                Plaintiff,

        -against-

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS (EOUSA),

                Defendant.

25-CV-5295 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this complaint under the Freedom of Information Act *pro se* and *in forma pauperis* (IFP). By order dated July 8, 2025, the Court transferred the complaint to the United States District Court for the District of Columbia. (ECF 5.) On July 18, 2025, Plaintiff filed a motion for "multimodal communication access." Because this matter has been transferred, Plaintiff must seek such relief in the transferee court. Accordingly, the Court denies the motion without prejudice, and the Clerk of Court is directed to terminate it. (ECF 12.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 4, 2026
            New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
               Chief United States District Judge